Argued January 18, reversed and remanded February 13, 1978

EDWARD WHITE, *Petitioner,*
*v.*
OREGON STATE PENITENTIARY, *Respondent.*
(No. 09-77-062, CA 9271)
574 P2d 365

Thomas J. Crabtree, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Donald L. Paillette, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Johnson and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes error under *Hindman v. OSP,* 25 Or App 61, 547 P2d 646 (1976).

Reversed and remanded.